[No. 15562-8-I. Division One. August 4, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. YING WAI LAI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-01196-0, Francis E. Holman, J., entered October 26, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 15094-4-I. Division One. August 4, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DANA LAVOY ROLAX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00130-1, Terrence A. Carroll, J., entered July 18, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Webster and Pekelis, JJ.

[No. 15962-3-I. Division One. August 4, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER JAMES MCKEE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-8-03334-9, James A. Noe, J., entered January 18, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Swanson, J.